

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2018

No. 04-18-00500-CV

Matthew **HOKE**,
Appellant

v.

Abbie **HOKE**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-17328
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

The court reporter responsible for filing the reporter's record in this appeal filed a notification of late record informing the court that the reporter's record has not been filed because appellant has failed to file a designation of record. TEX. R. APP. P. 34.6(b)(1).

We, therefore, **ORDER** appellant to file written proof to this court on or before **November 1, 2018** that he has filed a designation of record with the court reporter. *See* TEX. R. APP. P. 34.6(b)(c). If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court